### Jack SHIELDS v. STATE.
### No. 16171.

.Court of Criminal Appeals of Texas.

Oct. 25, 1933.

John Sturgeon, of Pampa, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery is the offense; penalty assessed at confinement in the penitentiary for ten years.

The indictment appears regular and regularly presented. There is no statement of the facts heard upon the trial. Nothing is presented that can be considered in the absence of a statement of facts. A plea of guilty was entered.

No error appearing in the record, the judgment is affirmed.

■

### Jack SHIELDS v. STATE.
### No. 16172.

Court of Criminal Appeals of Texas.

Oct. 25, 1933.

John Sturgeon, of Pampa, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for a term of ten years.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

■

### Sam TUCKER v. STATE,
### No. 16375.

Court of Criminal Appeals of Texas.

Oct. 11, 1933.

D. Burle Daviss, of Corsicana, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for felony theft; punishment assessed being two years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire further to prosecute his appeal and requests that the same be dismissed.

In compliance with such request, the appeal is ordered dismissed.